1

2

3

4

5

6

7

8                           United States District Court

9                        Eastern District of California

10

11

12   John C. Montue,

13           Petitioner,                    No. Civ. S 04-2663 GEB PAN P

14       vs.                                Order

15   Teresa A. Schwartz, et al.,

16           Respondents.

17                               -oOo-

18       April 13, 2005, the court granted petitioner in forma

19   pauperis status, served respondent and ordered a response to the

20   petition.

21       April 15, 2005, petitioner filed an amended petition, which

22   supersedes his initial pleading.  The Clerk of the Court shall

23   serve the amended petition on respondent and respondent shall

24   respond thereto within 60 days.

25

26

1    April 18, 2005, petitioner moved for leave to proceed in

2    forma pauperis.  The motion is moot in light of the April 13,

3    2005, order granting such leave, and therefore is denied.

4    So ordered.

5    Dated:  April 26, 2005.

6                              /s/ Peter A. Nowinski
7                              PETER A. NOWINSKI
                             Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26