United States District Court

Eastern District of California

John C. Montue,

     Petitioner,

vs.

Teresa A. Schwartz, et al.,

     Respondents.

No. Civ. S 04-2663 GEB PAN P

Order

-oOo-

Petitioner is a state prisoner claiming parole proceedings in July of 1997 violated his constitutional right to due process.

June 15, 2005, respondent moved to dismiss because the petition is successive under 28 U.S.C. § 2244(b) and cannot be filed without prior authorization of the court of appeals. Petitioner filed a prior habeas petition in this court based on the same factual predicate, Montue v. Dept. of Corrections, Civ. S 98-1580 LKK JFM, and the court entered judgment for respondent March 16, 2001.

1     Petitioner opposed dismissal June 24, 2005.  He relies on
2 the Ninth Circuit order number 04-75180, filed November 22, 2004,
3 which denied petitioner's application to file a second or
4 successive habeas petition under 28 U.S.C. § 2254, yet directed
5 petitioner to proceed by filing a habeas petition in district
6 court under 28 U.S.C. § 2241.  See Exhibit A to opposition.
7     Respondent did not reply to petitioner's opposition.
8     Governing case law favors respondent, see White v. Lambert,
9 370 F.3d 1002 (9th Cir. 2004), Shelby v. Bartlett, 391 F.3d 1061
10 (9th Cir. 2004), but dismissal without considering the effect of
11 the Ninth Circuit's order number 04-75180 would be improvident.
12     Accordingly, respondent's June 15, 2005, motion to dismiss
13 is denied without prejudice.  Respondent shall further respond to
14 the petition within 30 days.  The response may take the form of a
15 motion to dismiss based on § 2244(d) (addressing order number 04-
16 75180), time-bar, res judicata or any other ground.
17     Dated:  November 29, 2005.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge