United States District Court

Eastern District of California

John C. Montue,

    Petitioner,

vs.

Teresa A. Schwartz, et al.,

    Respondents.

No. Civ. S 04-2663 GEB PAN P

Order

-oOo-

December 27, 2005, respondent requested an extension of time to respond to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: January 5, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge