United States District Court

Eastern District of California

John C. Montue,

    Petitioner,  No. Civ. S 04-2663 GEB PAN P

  vs.  Order

Teresa A. Schwartz, et al.,

    Respondents.

-oOo-

February 13, 2006, petitioner requested an extension of time to oppose respondent's February 6, 2006, motion to dismiss. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  February 14, 2006.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge