IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN C. MONTUE,

    Petitioner,                    No. CIV S-04-2663 LKK JFM P

    vs.

TERESA A. SCHWARTZ, et al.,       ORDER AND

    Respondents.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The instant action was filed on December 17, 2004 and challenges a 1997 decision of the California Board of Prison Terms to deny petitioner parole. Respondents have moved to dismiss the instant action on the grounds that (1) it is a second or successive petition; (2) it is time-barred; and (3) the court lacks subject matter jurisdiction over petitioner's claims. Petitioner has filed an opposition to the motion and a request for release on his own recognizance or reasonable bail.

        The court's records show that petitioner previously filed in this court an action challenging the 1997 denial of parole, Case No. CIV S-98-1580 LKK JFM P.[1] The district court

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

1 denied that petition in March 2001, and that decision was affirmed by the United States Court of
2 Appeals for the Ninth Circuit.
3       On December 9, 2004, petitioner filed in Case No. CIV S-98-1580 LKK JFM P a
4 motion pursuant to Fed. R. Civ. P. 60(b) for relief from the judgment and, subsequently, an amended
5 Rule 60(b) motion. On July 8, 2005, this court issued findings and recommendations recommending
6 that the amended Rule 60(b) motion be construed as a second or successive habeas corpus petition
7 and, so construed, be denied for failure to obtain authorization from the United States Court of
8 Appeals for the Ninth Circuit to proceed with such a petition in this court.[2] In the findings and
9 recommendations, the court noted petitioner's alternative contention that the court of appeals had in
10 its November 22, 2004 order authorized petitioner to challenge "his parole status" in a habeas corpus
11 petition pursuant to 28 U.S.C. § 2241. (Findings and Recommendations, filed in Case No. CIV S-
12 98-1580 LKK JFM P on July 8, 2005, at 4 n.5.) This court found petitioner's argument without
13 merit for several reasons, including but not limited to the fact that petitioner had not filed a § 2241
14 petition in that action. (Id.) The court also noted a published opinion of the court of appeals in
15 White v. Lambert, 370 F.3d 1002 (9th Cir. 2004), holding that § 2254 is the "exclusive vehicle" for
16 federal habeas corpus actions brought by state prisoners whether or not the challenge is to an
17 underlying state conviction. (Id.)
18       Petitioner filed objections to the July 8, 2005 findings and recommendations, which
19 were adopted in full by the district court on August 24, 2005. On September 2, 2005, petitioner filed
20 a motion for reconsideration of that order, together with a proposed habeas corpus petition pursuant
21 to 28 U.S.C. § 2241. By order filed September 20, 2005, the district court denied that motion for
22 reconsideration. In that order, the court specifically found that "petitioner may not proceed with this
23 second or successive challenge to the California Board of Prison Terms' 1997 decision to deny him

---

[2] Petitioner had appended to his motion a November 22, 2004 order from the United States Court of Appeals for the Ninth Circuit denying his request for authorization to file a second or successive habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the 1997 denial of parole.

1   parole, whether that challenge is presented as a Rule 60(b) motion, a second or successive petition
2   pursuant to 28 U.S.C. § 2254, or a petition pursuant to 28 U.S.C. § 2241." (Order filed September
3   20, 2005, in Case No. CIV S-98-1580 LKK JFM P at 2.)  Petitioner has filed a notice of appeal from
4   that order.
5        The question whether petitioner may proceed in this court, whether by Rule 60(b)
6   motion, § 2254 petition, or § 2241 petition, with a second challenge to the 1997 denial of parole has
7   been resolved adversely to him by the district court in Case No. CIV S-98-1580 LKK JFM P, and
8   petitioner has filed a notice of appeal from that decision.  The instant action is duplicative of
9   petitioner's attempt to raise a new challenge to the 1997 denial of parole in Case No. CIV S-98-1580
10  LKK JFM P.  It should therefore be dismissed.[3]
11       For all of the foregoing reasons, IT IS HEREBY ORDERED that petitioner's
12  February 17, 2006 request for release on his own recognizance or for bail is denied; and
13       IT IS HEREBY RECOMMENDED that this action be dismissed.
14       These findings and recommendations are submitted to the District Judge assigned to
15  this case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served
16  with these findings and recommendations, any party may file written objections with the court.  The
17  document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."
18  The parties are advised that failure to file objections within the specified time may waive the right to
19  appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
20  DATED: March 30, 2006.

UNITED STATES MAGISTRATE JUDGE

12;mont2663.157

---

[3] Because this action is duplicative, the court makes no findings or recommendations on contentions raised in respondents' February 6, 2006 amended motion to dismiss.