IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN C. MONTUE,

    Petitioner,                   No. CIV S-04-2663 LKK JFM P

    vs.

TERESA A. SCHWARTZ, et al.,

    Respondents.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 31, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations together with a request for release on his own recognizance or reasonable bail.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1  by proper analysis.  The findings and recommendations will therefore be adopted in full and this
2  action will be dismissed.  As this action will be dismissed, petitioner's request for release on his
3  own recognizance or reasonable bail will be denied.
4              Accordingly, IT IS HEREBY ORDERED that:
5              1.  Petitioner's April 21, 2006 request for release on his own recognizance or
6  reasonable bail is denied;
7              2  The findings and recommendations filed March 31, 2006, are adopted in full;
8  and
9              3.  This action is dismissed
10 DATED:  July 20, 2006.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

/mont2663.805hc