IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN C. MONTUE,

    Petitioner,                    No. CIV S-04-2663 LKK JFM P

    vs.

TERESA A. SCHWARTZ, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 20, 2006 dismissal of his application for a writ of habeas corpus as duplicative of a habeas corpus petition previously filed in this court.[1]  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

---

[1] Case No. CIV S-98-1580 LKK JFM P.

1

1      Where, as here, the petition was dismissed on procedural grounds, a certificate of
2 appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it
3 debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
4 reason would find it debatable whether the petition states a valid claim of the denial of a
5 constitutional right.'"  <u>Morris v. Woodford</u>, 229 F.3d 775, 780 (9th Cir. 2000) (quoting <u>Slack v.</u>
6 <u>McDaniel</u>, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).
7      After careful review of the entire record herein, this court finds that petitioner has
8 not satisfied the first requirement for issuance of a certificate of appealability in this case.
9 Specifically, there is no showing that jurists of reason would find it debatable whether this action
10 is duplicative of petitioner's earlier filed habeas corpus petition.  Accordingly, a certificate of
11 appealability should not issue in this action.
12 IT IS SO ORDERED.
13 DATED: September 11, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT